No. 480. NEW YORK, ONTARIO & WESTER. RY. Co. *v.* McHALE. November 6, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Cir-

cuit denied. *Mr. M. J. Martin* for petitioner. *Mr. Reese H. Harris* for respondent.

No. 481. NEW YORK, ONTARIO & WESTERN RY. CO. *v.* JONES. November 6, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. M. J. Martin* for petitioner. *Mr. Joseph F. Gunster* for respondent.